■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL CLINTON, Appellant.—Judgment, Supreme Court, New York County (Jerome Marks, J.), rendered on March 26, 1986, unanimously affirmed, and appellant's motion for leave to serve and file a supplemental *pro se* brief is denied. No opinion. Concur—Sandler, J. P., Ross, Asch, Kassal and Wallach, JJ.

■ In the Matter of LEONARD S. SIEGEL, for Reinstatement to the Bar.—Application granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective June 14, 1988. Concur—Murphy, P. J., Sandler, Ross, Milonas and Smith, JJ.